Via ECF

June 22, 2022

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Nat. Res. Def. Council, Inc. v. DeJoy*, No. 22-cv-3442

Dear Judge Torres:

Pursuant to 28 U.S.C. § 636(c) and this Court's order (ECF 12), the parties have engaged in the required discussion and do not consent to conduct further proceedings before the assigned Magistrate Judge.

Sincerely,

Thomas Zimpleman
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW Ste. 300
Washington, DC 20005
(202) 513-6244
tzimpleman@nrdc.org

Katherine Desormeau
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6158
kdesormeau@nrdc.org

Francis William Sturges, Jr.
NATURAL RESOURCES DEFENSE COUNCIL
20 N. Wacker Dr., Suite 1600
Chicago, IL 60606
(312) 847-6807
fsturges@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council, Inc.*

/s/ Timothy S. Bishop
Timothy S. Bishop
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 701-7829
tbishop@mayerbrown.com

*Counsel for Defendants Louis DeJoy and U.S. Postal Service*

William Stewart Eubanks, II
EUBANKS & ASSOCIATES, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060
bill@eubankslegal.com

*Counsel for Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America*