```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/24/2022  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL, INC.; and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW),

Plaintiffs,

-against-

LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,

Defendants.

22 Civ. 3442 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the proposed intervenor's letter dated June 15, 2022. ECF No. 28.

1. The proposed intervenor's request for leave to file a motion to intervene is GRANTED;
2. By **July 29, 2022**, the proposed intervenor shall file its motion to intervene;
3. By **August 19, 2022**, Plaintiffs and Defendants shall file their responses, if any;
4. By **September 2, 2022**, the proposed intervenor shall file any reply to Plaintiffs' and Defendants' responses.

SO ORDERED.

Dated: June 24, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge