```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/11/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL, INC.; and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW),

                    Plaintiffs,

-against-

LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,

                    Defendants.

22 Civ. 3442 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated August 3 and 10, 2022. ECF Nos. 45, 46. Accordingly, Defendants' request for a stay pending a decision by the Judicial Panel on Multidistrict Litigation (the "JPML") is GRANTED. Defendant shall file a letter with the Court updating the Court on the JPML's decision within one week of that decision.

    The Clerk of Court is directed to terminate the motion at ECF No. 45 and STAY the case.

    SO ORDERED.

Dated: August 11, 2022
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge