UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE
COUNCIL, INC.; and INTERNATIONAL
UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL
IMPLEMENT WORKERS OF AMERICA
(UAW),

Plaintiffs,

-against-

LOUIS DEJOY, in his official capacity as U.S.
Postmaster General; and U.S. POSTAL SERVICE,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/28/2022

22 Civ. 3442 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' letters dated October 14, 21, and 24, 2022.  ECF Nos. 49–51.  Accordingly:

1. Defendants' request to file a motion to extend the stay is GRANTED;
2. By **November 4, 2022**, Defendants shall file their motion;
3. By **November 18, 2022**, Plaintiffs shall file their opposition; and
4. By **November 28, 2022**, Defendants shall file their reply, if any.

  SO ORDERED.

Dated: October 28, 2022
   New York, New York

ANALISA TORRES
United States District Judge