```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/21/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL, INC.; and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW),

Plaintiffs,

-against-

LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,

Defendants.

22 Civ. 3442 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' letter dated December 20, 2022. ECF No. 62. Accordingly, by **December 30, 2022**, the parties shall submit a joint status letter on the implications of the United States Postal Service Announcement for the pending motion to stay.

SO ORDERED.

Dated: December 21, 2022
New York, New York

ANALISA TORRES
United States District Judge