UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE
COUNCIL, INC.; and INTERNATIONAL
UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL
IMPLEMENT WORKERS OF AMERICA
(UAW),

                              Plaintiffs,

                -against-

LOUIS DEJOY, in his official capacity as U.S.
Postmaster General; and U.S. POSTAL SERVICE,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __1/18/2023__

22 Civ. 3442 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' filings dated November 4, 18, and 28, and December 5, 7, and 20, 2022.  ECF Nos. 53–62.  The Court has also reviewed the parties' joint letter filed on January 6, 2023.  ECF No. 66.  Accordingly, Defendants' request to extend the litigation stay is GRANTED. The action is STAYED until further order of the Court.  By **July 10, 2023**, the parties shall file a joint status letter updating the Court on the supplemental environmental review process and the issuance of a revised record of decision.

  The Clerk of Court is directed to terminate the motion at ECF No. 53.

  SO ORDERED.

Dated: January 18, 2023
    New York, New York

ANALISA TORRES
United States District Judge