July 10, 2023

VIA ECF AND EMAIL

Hon. Analisa Torres
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *NRDC v. DeJoy*, No. 22-cv-03442

Dear Judge Torres:

      Pursuant to the Court's order extending the litigation stay in the above-captioned case (Dkt. 67), the parties submit the following joint status letter regarding the supplemental environmental review process and the issuance of a revised record of decision.

      On June 30, 2023, the U.S. Postal Service published the draft supplemental environmental impact statement (SEIS) for the Next Generation Delivery Vehicle (NGDV) Acquisitions program, 88 Fed. Reg. 42,401.  The Postal Service is currently soliciting comments on the draft SEIS and will hold a virtual public hearing on July 26, 2023.  *Id.*  The comment period will run until August 14, 2023.  *Id.*  The Postal Service had initially anticipated releasing the draft SEIS in May 2023.  *See* Dkt. 55 ¶ 12.  However, the Postal Service had to undertake revisions of several aspects of its environmental analysis, in part based on topics that commenters raised regarding the scope of the SEIS.  *See* 87 Fed. Reg. 43,561, 43,562 (July 21, 2022) (soliciting scoping comments).  In addition, the Postal Service required more time than initially anticipated to refine its analysis to ensure use of appropriate modeling factors.  Based on those developments, the Postal Service now expects to finalize the revised record of decision for the NGDV Acquisitions program in October 2023 (instead of August 2023, as previously projected, *see* Dkt. 55 ¶ 13).  That is still well before the earliest date when the Postal Service may begin to receive NGDVs.  The Postal Service now expects to receive the first such vehicles in June 2024 (instead of October 2023, as previously projected, *see* Dkt. 55 ¶ 5).

      The Postal Service's vehicle modernization strategy will also include contracts for 9,250 commercial off-the-shelf electric vehicles, 9,250 commercial off-the-shelf gas vehicles, and more than 14,000 charging stations.  U.S. Postal Serv., *USPS Moves Forward with Awards to Modernize and Electrify the Nation's Largest Federal Fleet* (Feb. 28, 2023), https://about.usps.com/newsroom/national-releases/2023/0228-usps-moves-forward-with-awards-to-modernize-and-electrify-nations-largest-federal-fleet.htm.  Delivery of the commercial off-the-shelf vehicles "is intended to commence in December of this year, assuming successful completion of the [SEIS] . . . , and the related issuance of [the] Record of Decision pursuant to the National Environmental Policy Act."  *Id.*

Respectfully submitted,

*/s/ Timothy S. Bishop*
Timothy S. Bishop
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
tbishop@mayerbrown.com

*Counsel for Defendants Louis DeJoy and U.S. Postal Service*

*/s/ Thomas Zimpleman (by permission)*
THOMAS ZIMPLEMAN
Appearing *Pro Hac Vice*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel: (202) 513-6244
Email: tzimpleman@nrdc.org

KATHERINE DESORMEAU
Appearing *Pro Hac Vice*
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, California 94104
Tel: (415) 875-6158
Email: kdesormeau@nrdc.org

*Counsel for NRDC*

*/s/ William S. Eubanks II (by permission)*
WILLIAM S. EUBANKS II
Appearing *Pro Hac Vice*
DC Bar No. 987036
Eubanks & Associates, PLLC
1629 K Street NW
Suite 300
Washington, D.C. 20006
Tel: (970) 703-6060
Email: bill@eubankslegal.com

*Counsel for UAW*

*/s/ Philip A. Irwin (by permission)*
Philip A. Irwin
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue Case
New York, NY 10018-1405
Tel: (212) 841-1000
pirwin@cov.com

*Counsel for Putative Defendant-Intervenor Oshkosh Defense, LLC*