December 1, 2023

VIA ECF AND EMAIL

Hon. Analisa Torres
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *NRDC v. DeJoy*, No. 22-cv-03442

Dear Judge Torres:

      Pursuant to the Court's order (Dkt. 75), the parties in the above-captioned case submit the following joint status letter on the issuance of a revised record of decision (ROD). The U.S. Postal Service expects to issue the revised ROD next week. In the previous joint status letter (Dkt. 74), the Postal Service anticipated that it would issue the revised ROD by the end of November. However, finalizing the revised ROD has taken slightly longer than expected.

Respectfully submitted,

*/s/ Timothy S. Bishop*                                    */s/ William S. Eubanks II (by permission)*
Timothy S. Bishop                                          WILLIAM S. EUBANKS II
MAYER BROWN LLP                                            Appearing *Pro Hac Vice*
71 S. Wacker Drive                                         DC Bar No. 987036
Chicago, IL 60606                                          Eubanks & Associates, PLLC
(312) 782-0600                                             1629 K Street NW
tbishop@mayerbrown.com                                     Suite 300
                                                           Washington, D.C. 20006
*Counsel for Defendants Louis*                             Tel: (970) 703-6060
*DeJoy and U.S. Postal Service*                            Email: bill@eubankslegal.com

                                                           *Counsel for UAW*

Hon. Analisa Torres
December 1, 2023
Page 2


/s/ Thomas Zimpleman (by permission)
THOMAS ZIMPLEMAN
Appearing *Pro Hac Vice*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel: (202) 513-6244
Email: tzimpleman@nrdc.org

KATHERINE DESORMEAU
Appearing *Pro Hac Vice*
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, California 94104
Tel: (415) 875-6158
Email: kdesormeau@nrdc.org

*Counsel for NRDC*

/s/ Philip A. Irwin (by permission)
Philip A. Irwin
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue Case
New York, NY 10018-1405
Tel: (212) 841-1000
pirwin@cov.com

*Counsel for Putative Defendant-
Intervenor Oshkosh Defense, LLC*