December 18, 2023

<u>VIA ECF AND EMAIL</u>

Hon. Analisa Torres
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *NRDC v. DeJoy*, No. 22-cv-03442

Dear Judge Torres:

Pursuant to the Court's order (Dkt. 77), the parties in the above-captioned case submit the following joint status letter on the issuance of a revised record of decision (ROD) for the NGDV Acquisitions program. The U.S. Postal Service signed the revised ROD on December 5, 2023, and published notice of the revised ROD on December 11, 2023, 88 Fed. Reg. 85936. The revised ROD "supersedes the Record of Decision issued on February 23, 2022." *Id.* Plaintiffs are reviewing the Record of Decision to determine what impact it may have on this case.

The parties propose to submit a follow-up joint status report informing the Court whether they believe further proceedings are warranted and, if so, proposing a schedule for such proceedings by January 12.

Respectfully submitted,

*/s/ Timothy S. Bishop*
Timothy S. Bishop
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
tbishop@mayerbrown.com

*Counsel for Defendants Louis DeJoy and U.S. Postal Service*

*/s/ William S. Eubanks II (by permission)*
WILLIAM S. EUBANKS II
Appearing *Pro Hac Vice*
DC Bar No. 987036
Eubanks & Associates, PLLC
1629 K Street NW
Suite 300
Washington, D.C. 20006
Tel: (970) 703-6060
Email: bill@eubankslegal.com

*Counsel for UAW*

*/s/ Thomas Zimpleman (by permission)*
THOMAS ZIMPLEMAN
Appearing *Pro Hac Vice*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel: (202) 513-6244
Email: tzimpleman@nrdc.org

KATHERINE DESORMEAU
Appearing *Pro Hac Vice*
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, California 94104
Tel: (415) 875-6158
Email: kdesormeau@nrdc.org

*Counsel for NRDC*

*/s/ Philip A. Irwin (by permission)*
Philip A. Irwin
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue Case
New York, NY 10018-1405
Tel: (212) 841-1000
pirwin@cov.com

*Counsel for Putative Defendant-Intervenor Oshkosh Defense, LLC*