January 12, 2024

<u>VIA ECF AND EMAIL</u>

Hon. Analisa Torres
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *NRDC v. DeJoy*, No. 22-cv-03442

Dear Judge Torres:

      Pursuant to the Court's order (Dkt. 79), the parties in the above-captioned case submit the following joint status letter on the need for further proceedings with respect to the Postal Service's 2022 Record of Decision for its Next Generation Delivery Vehicles program. The parties have agreed that no further proceedings are needed in this case and will promptly file a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      Respectfully submitted,

| | |
|---|---|
| <u>*/s/ Thomas Zimpleman*</u> | <u>*/s/ William S. Eubanks II (by permission)*</u> |
| THOMAS ZIMPLEMAN | WILLIAM S. EUBANKS II |
| Appearing *Pro Hac Vice* | Appearing *Pro Hac Vice* |
| Natural Resources Defense Council | DC Bar No. 987036 |
| 1152 15th Street NW, Suite 300 | Eubanks & Associates, PLLC |
| Washington, DC 20005 | 1629 K Street NW |
| Tel: (202) 513-6244 | Suite 300 |
| Email: tzimpleman@nrdc.org | Washington, D.C. 20006 |
| | Tel: (970) 703-6060 |
| KATHERINE DESORMEAU | Email: bill@eubankslegal.com |
| Appearing *Pro Hac Vice* | |
| Natural Resources Defense Council | *Counsel for UAW* |
| 111 Sutter Street, 21st Floor | |
| San Francisco, California 94104 | |
| Tel: (415) 875-6158 | |
| Email: kdesormeau@nrdc.org | |
| | |
| *Counsel for NRDC* | |
| | |
| <u>*/s/Timothy S. Bishop (by permission)*</u> | <u>*/s/Philip A. Irwin (by permission)*</u> |
| Timothy S. Bishop | Philip A. Irwin |
| M<small>AYER</small> B<small>ROWN</small> LLP | COVINGTON & BURLING LLP |
| 71 S. Wacker Drive | The New York Times Building |
| Chicago, IL 60606 | 620 Eighth Avenue Case |
| (312) 782-0600 | New York, NY 10018-1405 |

tbishop@mayerbrown.com

*Counsel for Defendants Louis DeJoy and U.S. Postal Service*

Tel: (212) 841-1000
pirwin@cov.com

*Counsel for Putative Defendant-Intervenor Oshkosh Defense, LLC*