IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW),<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE,<br><br>Defendants. | 22-cv-3442-AT |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate that the above-captioned action is dismissed, without prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: January 12, 2024    Respectfully submitted,

*/s/ Thomas Zimpleman*
THOMAS ZIMPLEMAN
Appearing *Pro Hac Vice*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel: (202) 513-6244
Email: tzimpleman@nrdc.org

KATHERINE DESORMEAU
Appearing *Pro Hac Vice*
Natural Resources Defense Council

*/s/ William S. Eubanks II (by permission)*
WILLIAM S. EUBANKS II
Appearing *Pro Hac Vice*
DC Bar No. 987036
Eubanks & Associates, PLLC
1629 K Street NW
Suite 300
Washington, D.C. 20006
Tel: (970) 703-6060
Email: bill@eubankslegal.com

*Counsel for UAW*

111 Sutter Street, 21st Floor
San Francisco, California 94104
Tel: (415) 875-6158
Email: kdesormeau@nrdc.org

*Counsel for NRDC*

/s/Timothy S. Bishop (by permission)
Timothy S. Bishop
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
tbishop@mayerbrown.com

*Counsel for Defendants Louis DeJoy and U.S. Postal Service*

/s/Philip A. Irwin (by permission)
Philip A. Irwin
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue Case
New York, NY 10018-1405
Tel: (212) 841-1000
pirwin@cov.com

*Counsel for Putative Defendant-Intervenor Oshkosh Defense, LLC*