USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS DEJOY, in his official capacity as U.S. Postmaster General; and U.S. POSTAL SERVICE, <br><br> Defendants. | 22-cv-3442-AT |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate that the above-captioned action is dismissed, without prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: January 17, 2024                                           Respectfully submitted,

THOMAS ZIMPLEMAN
Appearing *Pro Hac Vice*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Tel: (202) 513-6244
Email: tzimpleman@nrdc.org

KATHERINE DESORMEAU
Appearing *Pro Hac Vice*

WILLIAM S. EUBANKS II
Appearing *Pro Hac Vice*
DC Bar No. 987036
Eubanks & Associates, PLLC
1629 K Street NW
Suite 300
Washington, D.C. 20006
Tel: (970) 703-6060
Email: bill@eubankslegal.com

<div style="display: flex;">

<div>
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, California 94104
Tel: (415) 875-6158
Email: kdesormeau@nrdc.org

*Counsel for NRDC*

*/s/ Tim Bishop*

Timothy S. Bishop
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
tbishop@mayerbrown.com

*Counsel for Defendants Louis DeJoy and U.S. Postal Service*
</div>

<div>
*Counsel for UAW*

*/s/ Phil Irwin*

Philip A. Irwin
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue Case
New York, NY 10018-1405
Tel: (212) 841-1000
pirwin@cov.com

*Counsel for Putative Defendant-Intervenor Oshkosh Defense, LLC*
</div>

</div>

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: January 30, 2024
      New York, New York

                                            ANALISA TORRES
                                     United States District Judge